IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA et al., ) ) ) *Plaintiffs*, ) ) v. ) ) JBS S.A. ) and ) NATIONAL BEEF PACKING ) COMPANY, LLC ) ) *Defendants*. ) ) | Civil Action No. 08-CV-5992<br><br>Honorable Elaine E. Bucklo |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the United States of America and the seventeen Plaintiff States voluntarily dismiss without prejudice the claims asserted in this action against Defendants JBS S.A. ("JBS") and National Beef Packing Company, LLC ("National"). JBS and National stipulate to the dismissal of these claims.

                                                                                                 Respectfully Submitted,

| | |
|---|---|
| /s/ John M. Snyder | s/ |
| John M. Snyder, Esq. | Matthew R. Kipp, Esq. |
| Counsel for the United States | Counsel for JBS S.A. |
| U.S. Department of Justice | Skadden, Arps, Slate, Meagher & Flom LLP |
| 450 Fifth Street, NW | 333 W. Wacker Drive, Suite 2100 |
| Suite 4100 | Chicago, IL 60606 |
| Washington, DC 20530 | TEL: (312) 407-0728 |
| TEL: (202) 307-1281 | matthew.kipp@skadden.com |
| john.snyder3@usdoj.gov | |

| _____s/_____ | _____s/_____ |
|---|---|
| J. Thomas Prud'homme | Paula W. Render, Esq. |
| Lead Counsel for Plaintiff States | Counsel for National Beef Packing Co., LLC |
| 300 W. 15th St. | Jones Day |
| Austin, TX 78701 | 77 West Wacker |
| TEL: (512) 936-1697 | Chicago, IL 60601 |
| jtp1@oag.state.tx.us | TEL: (312) 269-1555 |
| | prender@jonesday.com |

Joe Sims
Leslie Overton
Hugh Hollman
Jones Day
51 Louisiana Avenue NW
Washington, DC 90001
jsims@jonesday.com
lcoverton@jonesday.com
hmhollman@jonesday.com

Dated: February 26, 2009

2